# FINANCIAL DISCLOSURE REPORT

AO-10
Rev. 1/93

Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Chatigny, Robert N. | U.S. District Court<br>District of Connecticut | 8/8/94 |

| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge | X Nomination, Date 8/5/94 <br> ___ Initial ___ Annual ___ Final | 1/1/93 to<br>7/31/94 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations ___ |
|---|---|
| 750 Main Street, Suite 910<br>Hartford, CT 06103 | Reviewing Officer Signature _____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|

☐ NONE (No reportable positions)

Proprietor, Chatigny & Cowdery, 750 Main Street, Hartford, CT 06103

Secretary and Director, Fax-Pax U.S.A., Inc., a subchapter S corporation wholly-owned and operated by my spouse, Stacey L. Savin. The company publishes and distributes educational picture cards.

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|

☒ NONE (No reportable agreements)

If confirmed, I will enter into an agreement to sell my interest in my law

firm to my partner, James T. Cowdery, for a sum certain to be paid in a

lump sum or over a period not to exceed 3 years.

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE<br>(Honoraria only) | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| | | |
| 1993 | Chatigny & Cowdery, income from law practice | $ 205,566 (net) |
| 1994 to date | Chatigny & Cowdery, income from law practice | $ 225,000 (net) |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

☐ NONE (No reportable non-investment income)

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Robert N. Chatigny | Date of Report<br>8/8/94 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| NONE (No such reportable reimbursements or gifts) | |
| Exempt | Exempt |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| NONE (No such reportable gifts) | | |
| Exempt | Exempt | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES.

(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| NONE (No reportable liabilities) | | |
| Robert N. Chatigny Profit Sharing Plan & Trust | Balance of 1993 contribution | K |
| Fleet Bank (s) | Business Loan | J |
| Frank Barowski (s) | Purchase of easement | K |
| | | |
| | | |
| | | |

* VALUE CODES: J = $15,000 or less    K = $15,001 to $50,000    L = $50,001 to $100,000    M = $100,001 to $250,000
N = $250,001 to $500,000    O = $500,001 to $1,000,000    P = More than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Robert N. Chatigny | Date of Report<br>8/8/94 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code (A-H) | (2)<br>Type (e.g. div., rent, int.) | (1)<br>Value Code (J-P) | (2)<br>Value Method (Q-W) | (1)<br>Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month Day | (3)<br>Value Code (J-P) | (4)<br>Gain Code (A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Chatigny & Cowdery assets | | | K | U | | | | | |
| 2 Advest IRA | | | K | T | | | | – – | |
| 3 RNC Prft Shrg Pl & Trust | | | M | T | | | | | |
| 4 Shawmut Savings Acct | | | L | T | | | | | |
| 5 Fleet Tax Exempt Fund | D | Int. | K | T | | | | | |
| 6 Bernstein Joint Account (J) | | | M | T | (detail attached) | | | | |
| 7 Bernstein SLS Account (S) | | | N | T | (detail attached) | | | | |
| 8 Bernstein SLS/PRC Account | | | K | T | (detail attached) | | | | |
| 9 Simsbury Land (S) | | | M | R | | | | | |
| 10 Fax-Pax U.S.A., Inc. Shares (S) | | | K | W | | | | | |
| 11 S.L. Chatigny Trust (S) | | | J | T | | | | | |
| 12 Fleet Investment Acct. (S) | E | Int. & div. | | | | | | | |
| 13 Fleet Savings Acct. (S) | | | K | T | | | | | |
| 14 Fleet Cert. Dep. (S) | | | K | T | | | | | |
| 15 Savin Groves L.L.CO. (S) | | | M | W | | | | | |
| 16 Advest IRA (S) | | | K | T | | | | | |
| 17 Fleet Checking Acct. (S) | | | J | T | | | | | |
| 18 People's Bank Common Stock | | | K | T | | | | | |
| 19 Nature's Bounty Common " (S) | | | J | T | | | | | |
| 20 Shawmut Checking Acct. | | | J | T | | | | | |

1 Income/Gain Codes: A=$1,000 or less (See Col. B1 & D4) B=$15,001 to $50,000 C=$2,501 to 5,000 D=$5,001 to $15,000
2 Value Codes: J=$15,000 or less K=$15,001 to $50,000 L=$50,001 to $100,000 M=$100,001 to $1,000,000 N=$100,001 to $250,000
(See Col. C1 & D3) P=$250,001 to $500,000 O=$500,001 to $1,000,000 P=More than $1,000,000
3 Value Method Codes: Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market
(See Col. C2) U=Book Value V=Other W=Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Robert N. Chatigny | Date of Report<br>8/8/94 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _Robert N. Chatigny_          Date _August 8, 1994_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google